866 A.2d 254

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Gwendolyn N. HARMON a/k/a Gwen Norman, Respondent.**

**No. 970 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 13, 2004.

## ORDER

PER CURIAM.

AND NOW, this 13th day of December, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 27, 2004, it is hereby

ORDERED that GWENDOLYN N. HARMON a/k/a GWEN NORMAN be and she is SUSPENDED from the Bar of this Commonwealth for a period of three years, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.